**STATE of Missouri, Respondent,**

**v.**

**Roberto DUNN, Appellant.**

**No. ED 78399.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 25, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 19, 2001.

Application for Transfer Denied
Dec. 18, 2001.

Nancy L. Vincent, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

**ORDER**

PER CURIAM.

Defendant, Roberto Dunn, appeals from the judgment entered after a jury found him guilty of murder in the second degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum setting forth the reasons for this order.

The judgment is affirmed.[1] Rule 30.25(b).

---

1. The state's motion to strike the appendix in defendant's brief is granted.